UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY G. BOYD,<br><br>                      Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK,<br><br>                     Defendant. | 20-CV-2013 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued June 22, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 22, 2020
           New York, New York

                                                                       *Louis L. Stanton*
                                                                      Louis L. Stanton
                                                                           U.S.D.J.